FILED

06/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0116

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0116

LINCOLN PROPERTIES, LLC,

Appellant,

v.

AMERICAN EQUITY EXCHANGE,
INC.,

Appellee.

ORDER GRANTING UNOPPOSED
MOTION TO REPLACE

Upon the unopposed motion by Appellee to replace its Motion to Stay the

Notice of Appeal and Remand to the District Court for Further Proceedings

Consistent with Montana Rule of Civil Procedure 58(e) and Montana Rule of

Appellate Procedure 4(1)(a), which was filed with a separate supporting brief on

June 12, 2020,

IT IS HEREBY ORDERED that Appellee may replace its Motion and Brief

that were filed on June 12, 2020, with a single pleading that complies with

Montana Rule of Appellate Procedure 16(3).

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2020